856 F.2d 1456
 Bob GEARY, et al., Plaintiffs-Appellees,
v.
Louise RENNE, San Francisco City Attorney, et al.,
Defendants-Appellants.
 No. 88-2875.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Sept. 16, 1988.
Decided Sept. 21, 1988.
 
 Dennis Aftergut, City Attorney's Office, San Francisco, Cal., for defendants-appellants.
 Arlo Hale Smith, San Francisco, Cal., for plaintiffs-appellees.
 Before SNEED, CANBY and TROTT, Circuit Judges.
 
 ORDER
 
 1
 The judgment of the trial court in this case entered on April 27, 1988, is ordered stayed pending further order of this court.